JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARK GERALD WILLIAMS,

    Petitioner,

v.

LORETTA LYNCH,

    Respondent.

Case No. ED CV 16-115 PA (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 20, 2017

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE